SOFIELD v. JACOB et al.

(Supreme Court, Appellate Division, Third Department.　March 23, 1908.)

Appeal from Trial Term.

Action by Margaret J. Sofield, an infant, by Louise Sofield, her guardian ad litem, against Hyman Jacob and others. Judgment for plaintiff, and defendants appeal. Reversed, and new trial granted.

Argued before SMITH, P. J., and CHESTER, KELLOGG, COCHRANE, and SEWELL, JJ.

Strasbourger, Weil, Eschwege & Shallek (John P. Roosa, of counsel), for appellants.

John D. Lyons, for respondent.

PER CURIAM. The evidence in this case does not justify exemplary damages. The damages awarded are excessive. The judgment and order is therefore reversed, and a new trial granted, with costs to the appellant to abide the event.

